UST-32, 3-99

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| SNIDER, TERRY DONDENHAM | ) | Case No. 07-06442 SSC |
| SNIDER, CATHERINE JEANS | ) | |
| | ) | APPLICATION AND ORDER FOR |
| JEANS, CATHERINE LAURA | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s) | ) | U.S. BANKRUPTCY COURT |
| | ) | |

ROBERT A. MACKENZIE, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 107 | 01/27/2010 | CHEVRON CREDIT SERVICES<br>P.O. BOX 5010<br>SUITE 230<br>CONCORD, CA 94524-5010 | $79.93 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $ 79.93 to the Clerk of the Court to be deposited in the Registry thereof.

May 14, 2010                              /s/ Robert A MacKenzie
Date                                       ROBERT A. MACKENZIE, Trustee